closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WIN SHERIDAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATT WEAVER, an individual; SCOTT PRISAND, an individual; DREAM CHASER PICTURES, INC. d/b/a DREAM WEAVER and/or DREAM WEAVER PRODUCTIONS and/or MEDIA WEAVER, a California corporation; PRISAND PRODUCTIONS, INC., a California corporation,<br><br>Defendants. | Case No. 2:19-cv-09504-JFW-JCx<br><br>Honorable John F. Walter<br><br>**JUDGMENT AGAINST MATT WEAVER AND DREAM CHASER PICTURES, INC. d/b/a DREAM WEAVER and/or DREAM WEAVER PRODUCTIONS and/or MEDIA WEAVER** |

109644638

JUDGMENT

Pursuant to the Notice of Settlement and Stipulation for Entry of Judgment between Plaintiff Win Sheridan ("Sheridan") and Defendants Matt Weaver ("Weaver") and Dream Chaser Pictures, Inc. d/b/a Dream Weaver and/or Dream Weaver Productions and/or Media Weaver ("Dream Chaser") (collectively, "Defendants") and based upon Sheridan's application for the entry of a stipulated judgment and the parties' settlement agreement, the Court finds that good cause exists to enter the following judgment in favor of Sheridan and against Defendants.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Sheridan is granted judgment against Defendants, in the amount of $2,200,000, plus interest at 10% per annum from the date of default.

IT IS SO ORDERED.

Dated: April 21, 2021

_____
HONORABLE JOHN F. WALTER
United States District Court Judge